UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WEIS-BUY FARMS, INC., | ) |
| | ) CIVIL ACTION |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 7:13-CV-00006-HL |
| | ) |
| DELTA FRESH SALES, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER

Weis-Buy Farms, Inc. (the "Plaintiff") and Shawn C. Avera, Darbie S. Avera and Ellen S. Eaton (hereinafter collectively the "Defendants") (Plaintiff and Defendants herein after collectively the "Parties"), by and through their respective undersigned counsel, having jointly stipulated to the dissolution of the Temporary Restraining Order ("TRO") entered in the above-captioned case [D.E. # 13] as well as dissolution of the Order entered on January 23, 2013 ("the Order") [D.E. # 24], and jointly requested the cancellation of the February 6, 2013 Preliminary Injunction Hearing [D.E. # 24], it is hereby ordered as follows:

(i) The TRO and Order are dissolved as it applies to the Defendants. Specifically, Ameris Bank and Southeastern Federal Credit Union, who were previously notified by Defendant Ellen S. Eaton to abide by the TRO, are authorized to reopen Eaton's account(s) for normal operation and are no longer required to abide by the TRO as it applies to accounts in the name of Ellen S. Eaton,; further

(ii) The Preliminary Injunction Hearing scheduled to take place on February 6, 2013 at 9:30 a.m. is hereby CANCELLED.

*(Remainder of page intentionally left blank, signature on following page)*

SO ORDERED, this the 5th day of February, 2013

s/Hugh Lawson
**HUGH LAWSON, SENIOR JUDGE**